IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: APPLICATION OF THE, REPUBLIC OF TURKEY FOR AN ORDER UNDER 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS, | Civil Action 2:20-mc-36<br>Chief Judge Algenon L. Marbley<br>Chief Magistrate Judge Elizabeth A. Deavers |

## ORDER

This matter is before the Court on Petitioner's Motion to Modify the Scheduling Order. (ECF No. 12.)  Petitioner requests that, as the party with the burden of persuasion, it be permitted to initiate the briefing cycle by filing a supplemental brief in support of its application. Petitioner explains that this procedure is underway in a nearly identical case pending in the Northern District of Illinois and cites the need for consistency between the two matters as a basis for its request.  The Court finds that Petitioner has set forth good cause for the proposed modification.  Further, the Court notes that such a modification will not prejudice Respondents because it will allow for clarification of Petitioner's position and will result in additional time for submission of their own brief.  Accordingly, the motion (ECF No. 12) is **GRANTED.**  The Court's previous order is **MODIFIED** as follows:  Petitioner's brief is due October 29, 2020. The Response and Reply are due according to Rule.  Should Respondents conclude that a Sur-Reply is necessary, they may seek leave to file at the appropriate time.

**IT IS SO ORDERED.**

Date:  October 15, 2020                /s/ *Elizabeth A. Preston Deavers*_____
                                         ELIZABETH A. PRESTON DEAVERS
                                         CHIEF UNITED STATES MAGISTRATE JUDGE